FILED
MAY 22 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-CR-323
Judge Bucklo
Magistrate Judge Finnegan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 22, 2023

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. |
| v. | ) | |
| | ) | |
| | ) | Violations: Title 26, United States |
| NIKKO D'AMBROSIO | ) | Code, Section 7206(1) |

## COUNT ONE

THE SPECIAL MAY 2022 GRAND JURY charges:

On or about July 6, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NIKKO D'AMBROSIO,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2019, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return (1) reported on Line 28 of Schedule C total expenses of $158,528, when defendant knew his total expenses were substantially less than that amount; (2) reported on Line 11 of Schedule A, gifts to charity of $29,775 , when defendant knew his total gifts to charity were substantially less than that amount; and (3) reported on 1040, Line 11b taxable income of $4,443, when defendant knew that his taxable income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about May 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NIKKO D'AMBROSIO,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2020, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return (1) reported on Line 28 of Schedule C total expenses of $252,625, when defendant knew his total expenses were substantially less than that amount; (2) reported on Line 11 of Schedule A gifts to charity of $34,725, when defendant knew his total gifts to charity were substantially less than that amount; and (3) reported on Form 1040, Line 15, taxable income of $14,874, when defendant knew that his taxable income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

2