**FILED**

MAY 22 2023 SMB

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

23-CR-323
Judge Bucklo
Magistrate Judge Finnegan
CAT 2

**FELONY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a Magistrate Judge? **No**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Income tax fraud (II)**

10. List the statute of each of the offenses charged in the indictment or information.
    **Count One – Title 26, United States Code, Section 7206(1)**
    **Count Two – Title 26, United States Code, Section 7206(1)**

*Brandon D. Stone*
Brandon D. Stone
Assistant United States Attorney