23-CR-323
Judge Bucklo
Magistrate Judge Finnegan

Order Form 01/2005

# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge If other than Assigned Judge | *signature* |
|---|---|---|---|
| **CASE NUMBER** | 21 GJ 079 | **DATE** | May 22, 2023 |
| **CASE TITLE** | U.S. V. NIKKO D'AMBROSIO | | |

**FILED**

MAY 22 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for the SPECIAL MAY 2022 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge _*signature*_

TO SET PREMINARY BAIL AT $10,000.00 O.R. AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE    (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials:

Page 1 of 1