IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Nikko Ambrosio, <br><br> Defendant(s). | Case No. 23CR323 <br> Judge Sheila Finnegan |

## ORDER

Initial appearance and arraignment held on 5/31/2023. Defendant Ambrosio is represented by retained counsel Ralph Meczyk. Defendant is advised of his rights, the charges, and the maximum penalties if convicted. Defendant enters plea of not guilty to all counts of the indictment. Government and defendant agree on certain proposed conditions of release, and Pretrial Services Officer approves these. Court enters Order Setting Conditions of Release and Appearance Bond for $10,000.00. Rule 16.l conference to be held by 6/7/2023. Status hearing is set on 6/9/2023 at 10:00 a.m. before Judge Bucklo. Without objection, time is excluded in the interest of justice from 5/31/2023 to and including 6/9/2023 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) and for reasons stated in open court. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant shall be released after processing.

(00.22) (X-T)

Date: 5/31/2023

*Sheila Finnegan*
Sheila Finnegan
United States Magistrate Judge