UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIKKO D'AMBROSIO,<br><br>　　　　　Defendants. | No. 23 CR 323<br><br>Honorable Elaine E. Bucklo |

## AMENDED OPPOSED MOTION TO PERMIT TRAVEL

Now comes Defendant NIKKO D'AMBROSIO, by and through his attorney, RALPH E. MECZYK, and respectfully requests this Court to allow him to travel to Sweden from October 11, 2023 through October 30, 2023. In support, Defendant states:

1. This is a tax fraud case indicted in May 2023 and scheduled for trial in December 2023. The indictment accuses Mr. D'Ambrosio of inflating the mileage and charitable deductions on his tax returns.

2. Mr. D'Ambrosio has no criminal history and has been completely compliant on bond.

3. He has no ties to foreign jurisdictions and has been a resident of the Chicago area his entire life.

4. Mr. D'Ambrosio has prepaid for this flight using credit card miles. Over the past several years, he has traveled to Sweden several times for vacation.

1

5. Should the Court approve this motion, Defendant will book hotels and share an exact itinerary with pretrial services.

6. Pretrial services has no objection to Defendant's travel.

7. The government objects.

WHEREFORE, based upon the foregoing, Defendant respectfully requests that this Honorable Court allow them to travel to/from Scandinavia from October 11, 2023 to October 30, 2023.

Respectfully submitted,

_s/ Ralph E. Meczyk
Attorney for Defendant