# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:23–cr–00323
                                                           Honorable Elaine E. Bucklo

Nikko D' Ambrosio

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo, as to Nikko D' Ambrosio: Status hearing held on 11/17/2023. By agreement, Jury Trial (4 days) is reset for 1/16/2024 at 9:00 a.m. Pretrial Conference is reset for 1/5/2024 at 11:00 a.m. Pretrial motions, proposed voir dire, agreed jury instructions, agreed statement of the case, witness and exhibit lists shall be filed by 12/29/2023. In the interest of justice, the period beginning 12/11/2023 through 1/16/2024 is excluded without objection pursuant to 18.3161(h)(7)(B)(iv) for trial preparation. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.