UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKKO D'AMBROSIO | No. 23 CR 323<br><br>Hon. Elaine E. Bucklo |

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS[1]

The government respectfully submits the following proposed questions for inclusion in the Court's jury questionnaire and *voir dire*:

1. What cities or suburbs have you lived in for the last ten years (if Chicago, identify what parts of Chicago, for example, South Side, Rogers Park, etc.)?

2. Do you own your home or rent?

3. What is your educational background?

4. What is your current occupation (please provide the name of your employer, your current position, and the number of years you have worked there)? If you are retired, what did you do before retiring?

5. What other jobs have you had during your working life?

6. Do you own your own business?

7. Have you ever served in the military?

---

[1] The government has conferred with defense counsel regarding the government's proposed *voir dire* questions and defense counsel did not oppose any of the proposed questions.

8. If you are married, please describe your spouse's occupation, employer, and number of years worked there (if your spouse is retired, please provide the same information about past employment)?

9. Please provide the same occupation and education information as to your significant other, any children, and anyone else who lives with you?

10. Are there any magazines, newspapers, or Internet sites that you read on a regular basis? If so, please describe.

11. What TV or radio shows, TV or radio news shows, or TV or radio talk shows do you watch or listen to regularly?

12. What are your hobbies and major interests outside of work?

13. List any organizations or social media groups that you belong to or participate in?

14. Have you, or any relatives, or close friends, ever worked in a law enforcement or security-related job? If so, identify the person(s) and the position(s) held?

15. Have you ever applied for a law enforcement or security-related job?

16. Have you ever been a member of a neighborhood watch or crime prevention group?

17. Do you have any close friends or relatives who are lawyers or employed by the court system, either state or federal?

18. Have you, a member of your family, or close friend ever been a victim of a crime? If so, tell us when and describe the kind of case or cases involved.

19. Have you, a member of your family, or close friend ever been a witness to a crime? If so, tell us when and describe the kind of case or cases involved.

20. Have you been arrested, charged, convicted or jailed for any criminal offense? If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the charge (i.e., imprisonment, probation, fine, etc.).

21. Has a member of your family, or close friend, ever been arrested, charged, convicted or jailed for any criminal offense? If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and (c) the disposition of the charge (i.e., imprisonment, probation, fine, etc.).

22. Have you ever been questioned as part of a criminal investigation by any federal, state, or local law enforcement agency?

23. Have you served as a juror or grand juror before? If you served on a jury before, please tell us what type of case, when it was, where it was, and whether you reached a verdict.

24. If you have had prior experience with the criminal justice system, please state whether this experience left you with a negative, positive, or neutral impression of judges, the judicial system, prosecutors, or defense attorneys.

25. This case involves an investigation by the Federal Bureau of Investigation and the Internal Revenue Service. Have you had any dealings or experiences with the Federal Bureau of Investigation or the Internal Revenue Service, and do you have any strong positive or negative feelings about these agencies or officers that work for that agency?

26. The charges in this case involve allegations about false statements in tax filings. Is there anything about the nature of the charges that might make it difficult for you to be fair and impartial?

27. Do you have any particular view about the Internal Revenue Service or taxes that might make it difficult for you to be fair and impartial?

28. Have you ever been subject to a civil tax investigation?

29. Do you or any family member belong to any group that advocates against taxes, or any organization that advocates in favor of the abolition of the Internal Revenue Service?

30. One aspect of this case involves alleged charitable contributions to St. John Cantius Church in Chicago. Do you belong to or attend that church?

31. Do you make or have you made contributions to any religious place of service or organization? If so, do you do so anonymously or do you do so in your own name? Do you take or have you taken tax deductions based on your charitable contributions?

32. Do you take or have you taken a driving deduction or detail your car expenses on your tax returns?

33. Do you take or have you taken a tax deduction based on business meals on your tax returns?

34. Have you, a member of your family, or any close friend ever filed a claim or case against the federal government or had a legal dispute with the federal government? If so, please state the nature of the claim or dispute, any resolution of

the matter, and when and where the dispute occurred. Was there anything about those proceedings or the circumstances leading up to them that left you with negative feelings toward the federal government?

35. Do you have a problem with your hearing, your eyesight, or any other physical disability, which would in any manner prevent you from either hearing or seeing the evidence presented at trial?

36. Are you taking any medication that might interfere with your ability to concentrate, understand, consider, and weigh the evidence in this case?

37. Do you have sufficient understanding of the English language to allow you to read the exhibits introduced into evidence and to understand the testimony of the witnesses?

38. Do you have opinions, philosophies, beliefs, whether religious or otherwise, which might make you unable to come to a fair and impartial verdict in this case? For example, do you feel it is inappropriate to sit in judgment of another person? Do you believe that no person should ever be judged or convicted? Do you disagree in any way with the full enforcement of federal, state, or local laws?

39. At the end of the trial, you will be instructed on the law and asked to consider the evidence in light of those instructions. Will you have difficulty in following the law, even if it turns out that you disagree with it in some respect?

40. Is there anything else you can think of that might make it difficult for you to be fair to either the government or to the defendant in this case?

Dated: December 27, 2023                    Respectfully submitted,

                                                    MORRIS PASQUAL
                                                    Acting United States Attorney

                                  By:    */s/ Richard M. Rothblatt*
                                                    RICHARD M. ROTHBLATT
                                                    BRANDON N. STONE
                                                    Assistant United States Attorneys
                                                    219 South Dearborn Street, 5th Floor
                                                    Chicago, Illinois 60604
                                                    (312) 353-5300