UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 23 CR 323 |
|---|---|
| v. | |
| NIKKO D'AMBROSIO | Hon. Elaine E. Bucklo |

**GOVERNMENT'S EXHIBIT LIST[1]**

| EXHIBIT | DESCRIPTION |
|---|---|
| Government Exhibit 1 | Certified 1040 for 2019 |
| Government Exhibit 2 | Certified 1040 for 2020 |
| Government Exhibit 3 | Form 1099 for 2019 |
| Government Exhibit 4 | Form 1099 for 2020 |
| Government Exhibit 5 | Form 8879 for 2019 |
| Government Exhibit 6 | Form 8879 for 2020 |
| Government Exhibit 7 | Certified 1040X for 2019 |
| Government Exhibit 8 | Certified 1040X for 2020 |
| Government Exhibit 100 | January-Fort Emails and Correspondence (2019) |
| Government Exhibit 101 | January-Fort Emails and Correspondence (2020) |
| Government Exhibit 200 | Evergreen Mortgage and Loan Account Records for Accounts 4824 and 0459 |
| Government Exhibit 201 | Evergreen Records for Bank Accounts 4824 and 2396 |
| Government Exhibit 202 | JP Morgan Chase Records for Bank Accounts 9352 and 9612 |
| Government Exhibit 203 | JP Morgan Chase Records for Bank Account 5306 |
| Government Exhibit 204 | JP Morgan Chase Credit Card Records for Accounts 2833, 4459, and 5538 |
| Government Exhibit 300 | Illinois Secretary of State Records for Lexus |
| Government Exhibit 301 | Illinois Secretary of State Records for Camry |
| Government Exhibit 302 | Illinois EPA Records (Camry) |
| Government Exhibit 303 | Illinois EPA Records (Lexus) |
| Government Exhibit 304 | Illinois EPA Video (Camry - 2020) |
| Government Exhibit 305 | Illinois EPA Video (Lexus - 2021) |
| Government Exhibit 400 | State Farm Insurance Records |
| Government Exhibit 401 | Bredemann Lexus Records |
| Government Exhibit 402 | Fields Lexus Records |
| Government Exhibit 403 | Amazon Records |

---

[1] The government reserves the right to amend this list.

| | |
|---|---|
| Government Exhibit 404 | Bristol Court Condo Records |
| Government Exhibit 405 | Mac-T Commission Payment Records |
| Government Exhibit 406 | Liberty Mutual Records |
| Government Exhibit 500 | Photograph of Lexus |
| Government Exhibit 501 | Photograph of Camry |
| Government Exhibit 502 | Photograph of Range Rover |
| Government Exhibit 503 | Photographs of St. John Cantius Church |
| Government Exhibit 600 | Mileage Summary Chart |
| Government Exhibit 601 | Meals Summary Chart |
| Government Exhibit 602 | Credit Cards Summary Chart |
| Government Exhibit 603 | Commissions Summary Chart |
| Government Exhibit 604 | Shami Summary Charts |

Dated: December 27, 2023

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Richard M. Rothblatt*
RICHARD M. ROTHBLATT
BRANDON N. STONE
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300