UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKKO D'AMBROSIO | No. 23 CR 323<br><br>Hon. Elaine E. Bucklo |

## GOVERNMENT'S WITNESS LIST[1]

At this time, the government intends to call the following witnesses in its case-in-chief:

(1) IRS Special Agent Christopher Suba;

(2) Sheila January-Fort;

(3) Illinois Secretary of State Custodian of Records Tyler Dumontelle;

(4) Illinois State Police Officer Michael Cokins;

(5) Custodian of Records from St. John Cantius Witness;

(6) Illinois EPA Custodian of Records;

(7) Akram Yafai;

(8) Jay Patel;

(9) Jerin Baby;

(10) Jibit Joy;

(11) Payal Shah; and

(12) IRS Revenue Agent Rehman Shami.

---

[1] The government reserves the right to amend the witness list before trial.

The government may call Nicholas Dacanay.

Dated: December 27, 2023            Respectfully submitted,

                                                     MORRIS PASQUAL
                                                     Acting United States Attorney

                         By:     */s/ Richard M. Rothblatt*
                                                     RICHARD M. ROTHBLATT
                                                     BRANDON STONE
                                                     Assistant United States Attorneys
                                                     219 South Dearborn Street, 5th Floor
                                                     Chicago, Illinois 60604
                                                     (312) 353-5300