UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

NIKKO D'AMBROSIO

No. 23 CR 323

Hon. Elaine E. Bucklo

## <u>AGREED STATEMENT OF THE CASE</u>

The defendant, Nikko D'Ambrosio, has been charged with making false statements in individual tax returns for tax years 2019 and 2020. The defendant has pleaded not guilty to the charges.

Dated: December 27, 2023

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   */s/ Richard M. Rothblatt*
      RICHARD M. ROTHBLATT
      BRANDON STONE
      Assistant United States Attorneys
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604
      (312) 353-5300