IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 23 CR 323 |
| v. | ) | |
| | ) | Honorable Elaine Bucklo |
| NIKKO D'AMBROSIO, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | 4/8/19 Email from Dacanay to Sheila January-Fort: "he did a nice job" |
| Exhibit 2 | 4/8/19 Email from Dacanay to Sheila January-Fort |
| Exhibit 3 | 4/7/19 Email from Dacanay to D'Ambrosio with "scenarios" |
| Exhibit 4 | 6/17/20 Email from Dacanay to D'Ambrosio directing him to January-Fort |
| Exhibit 5 | 6/17/20 Email from Dacanay to D'Ambrosio forwarding email from January-Fort |
| Exhibit 6 | 6/17/20 Email from Dacanay to D'Ambrosio re "report" |
| Exhibit 7 | 6/29/20 Email from Dacanay to D'Ambrosio forwarding "worksheet" |
| Exhibit 8 | 5/7/21 Email: D'Ambrosio sends 1099 to Dacanay |
| Exhibit 9 | 5/8/21 Email from Dacanay to D'Ambrosio re "numbers" |
| Exhibit 10 | 5/10/21 Email from Dacanay to D'Ambrosio with "scenarios" |
| Exhibit 11 | 5/10/21 Email from Dacanay to D'Ambrosio with "worksheet" |
| Exhibit 12 | 5/10/21 Email from Dacanay to D'Ambrosio with "report" |

| | |
|---|---|
| Exhibit 13 | 5/13/21 Email from Dacanay to D'Ambrosio with "our review, don't send to Sheila" |
| Exhibit 14 | 5/14/21 Email from Dacanay to D'Ambrosio with "final to send to Sheila" |
| Exhibit 15 | 6/29/21: Dacanay drafts email for D'Ambrosio to send to Sheila January-Fort |
| Exhibit 16 | 7/2/21: Dacanay email to D'Ambrosio with 1040 signature pages |
| Exhibit 17 | 2/12/22: Dacanay email to D'Ambrosio with mileage template |
| Exhibit 18 | 3/12/22 Email re Nan's taxes? |
| Exhibit 19 | 2/29/16: Dacanay requests QuickPay from D'Ambrosio |
| Exhibit 20 | Dacanay Bankruptcy Records: 2023 BK 13795 (N.D. Ill.) |
| Exhibit 21 | 6/17/20 Email from Dacanay to Sheila January-Fort "he is pretty much done with his return" |
| Exhibit 22 | 6/29/20 Email from D'Ambrosio to Sheila January-Fort "my cousin helped me put this together" |
| Exhibit 23 | D'Ambrosio Educational Records |
| Exhibit 24 | D'Ambrosio Medical Records |