

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Nikko D' Ambrosio

Case No. 23-CR-0323

Designated Magistrate Judge
Sheila Finnegan

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge Joan Humphrey Lefkow who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

*[signature]*

**Judge Elaine E. Bucklo**

Date: Thursday, January 4, 2024

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Joan Humphrey Lefkow.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*[signature]*

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, January 4, 2024

District Reassignment - By Agreement

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

Thursday, January 4, 2024

_____

**Joan Humphrey Lefkow**

EXCEPTIONS OR ADDITIONS: