NITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKKO D'AMBROSIO | No. 23 CR 323<br><br>Hon. Joan H. Lefkow |

**GOVERNMENT'S UNOPPOSED SUPPLEMENTAL MOTION *IN LIMINE*
TO RECALL CASE AGENT AS A TRIAL WITNESS**

The UNITED STATES OF AMERICA, through its attorney MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this unopposed supplemental motion *in limine* to recall the case agent, IRS-Criminal Investigation ("IRS-CI") Special Agent Christopher Suba, during its case-in-chief at trial. In support of its motion, the government states as follows[1]:

To aid in present its case in a chronological and coherent manner, the government requests the Court permit the government to recall the case agent, IRS-CI Special Agent Christopher Suba, during its case-in-chief. The government expects that Special Agent Suba will first testify about, among other things: (1) background relating to the Internal Revenue Service; (2) background of the investigation; (3) introduce several exhibits into the record relating to the entities and tax deductions that the jury will be hearing about during trial; and (4) Agent Suba's interview with defendant in 2022. Following this initial testimony, several witnesses will testify regarding the preparation of defendant's 2019 and 2020 tax returns, defendant's

---

[1] The factual background is more fully set forth in the government's consolidated motions *in limine*. R. 42 at 1-8.

business contacts, and the lack of records regarding defendant's purported charitable contributions. After that testimony, the government intends to recall Special Agent Suba to present additional evidence regarding the falsity of the charged tax returns and to introduce summary charts under Federal Rule of Evidence 1006.

The Seventh Circuit has held that "[t]he district court has substantial discretion in its control of the presentation of evidence at trial." *United States v. Dent*, 984 F.2d 1453, 1463 (7th Cir. 1993) (citing Fed. R. Evid. 611(a)) (overruled on other grounds). Included in its authority and sound discretion is the ability to permit the recalling of witnesses. *Id.* (citing *United States v. Maddox*, 944 F.2d 1223, 1230 (6th Cir. 1991)). Courts regularly permit parties to recall witnesses as part of the presentation of evidence. *See United States v. Vasquez*, 635 F.3d 889, 897 (7th Cir. 2011) (no abuse of discretion for district court to allow the government to recall a witness based on new information); *United States v. Williams-Ogletree*, No. 11 CR 203, 2013 WL 66207, at *3 (N.D. Ill. Jan. 4, 2013) (granting the government's motion *in limine* to allow the recalling of certain witnesses in order to present evidence in a coherent manner).

Here, as noted above, Special Agent Suba will initially provide generalized testimony about the IRS, the background of the investigation, and introduce certain documents obtained during the course of the investigation. After several witnesses testify and certain evidence is admitted into the record, the government will recall Special Agent Suba to present additional evidence regarding the falsity of the charged returns and introduce several summary charts.

Accordingly, to facilitate the presentation of evidence at trial and juror comprehension, the government respectfully requests that the Court permit the government to recall Special Agent Suba during its case-in-chief. The government has conferred with defense counsel who has indicated that they do not oppose the motion.

## **CONCLUSION**

For the reasons discussed above, the government respectfully requests the Court to permit the government to recall IRS-CI Special Agent Christopher Suba during its case-in-chief.

                              Respectfully submitted,

                              MORRIS PASQUAL
                              Acting United States Attorney

By:    /s/ *Richard M. Rothblatt*
        Richard M. Rothblatt
        Brandon D. Stone
        Assistant United States Attorneys
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 353-5300

Dated: January 4, 2024