

**United States District Court**
**Northern District of Illinois**

In the Matter of

USA

        v.

Nikko D'Ambrosio

Case No. 23-CR-323

Designated Magistrate Judge
Sheila Finnegan

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge Thomas M. Durkin who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

**Judge Joan Humphrey Lefkow**

Date: Friday, January 5, 2024

## ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Thomas M. Durkin.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, January 5, 2024

District Reassignment - By Agreement

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

Friday, January 5, 2024

_____

**Thomas M. Durkin**

........................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Agreement