# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                    Case No.: 1:23−cr−00323
                                                      Honorable Thomas M. Durkin

Nikko D' Ambrosio
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 5, 2024:

MINUTE entry before the Honorable Thomas M. Durkin: as to Nikko D' Ambrosio. Jury Trial set for 1/16/2024 at 9:00 a.m. before Judge Durkin in courtroom 1441. Pretrial Conference set for 1/10/2024 at 2:00 p.m. in courtroom 1441. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.