**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:23−cr−00323
　　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

Nikko D' Ambrosio

　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 19, 2024:

　　　　MINUTE entry before the Honorable Thomas M. Durkin: as to Nikko D' Ambrosio. Jury trial held and completed on 1/19/2024. Jury Verdict to follow. Case is referred to the Probation Office for a presentence investigation report. The Probation Office is directed to disclose its sentencing recommendation to the government and defense counsel. The presentence report is due by 4/23/2024. Sentencing memorandum and objections to the presentence report are due by 5/14/2024. Any responses are due by 5/21/2024. Defendant's current bond to stand. Sentencing is set for 5/28/2024 at 10:00 a.m. Post−trial motions are due by 3/1/2024. Responses are due by 3/15/2024. Replies are due by 3/29/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.